UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

CIVIL MINUTES – GENERAL

Case No.  EDCV 12-310-JST (CWx)                                      Date:  November 16, 2012
Title:  Department of Public Social Services v. Michelle Spirtos, et al.

Present: The Honorable JOSEPHINE STATON TUCKER, U.S. DISTRICT JUDGE

| Ellen Matheson | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiff:                            Attorneys Present for Defendant:

Not Present                                                            Not Present

**Proceedings:**       **(In Chambers) ORDER REMANDING CASE TO RIVERSIDE COUNTY SUPERIOR COURT, CASE NO. INJ1100360**

       On March 12, 2012, the Court ordered Defendant Michelle Spirtos to show cause why this case should not be remanded for lack of subject-matter jurisdiction. (Doc. 6.) On April 19, 2012, the Court issued an Order extending time to respond to April 20, 2012. (Doc. 11.) As of today, Defendant has not filed any response to the Court's Order. Accordingly, the Court concludes that it lacks subject-matter jurisdiction and REMANDS this case to Riverside County Superior Court, Case No. INJ1100360.

                                                                               Initials of Preparer:  enm